# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

JACOB RICHERSON                                                          PLAINTIFF

v.                              No. 2:24-cv-50-DPM

TRAVELERS HOME AND MARINE
INSURANCE COMPANY                                         DEFENDANT

## JUDGMENT

Richerson's complaint is dismissed with prejudice. The Court retains jurisdiction until 12 November 2025 to enforce the parties' settlement.

_____
WPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

_____
15 August 2025